Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
michael@gordonlawaz.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Case No. 2:10-BK-21891 |
| DAWN MALAPANES, | Chapter 7 |
| Debtor. | **NOTICE OF FILING MOTION TO ALLOW LOAN MODIFICATION** |

NOTICE IS HERBY GIVEN that the above-captioned Debtor has filed a Motion to Allow Loan Modification.

FURTHER NOTICE IS HEREBY GIVEN that an affected lienholder, pursuant to Local Bankruptcy Rule 4003-2(b), shall have 15 days after the date of service of the Motion and this Notice within which to object by filing with the Court a response requesting a hearing and to serve any such response upon the Movants' attorney, whose name and address is:

Michael J. Gordon
GORDON & GORDON, P.L.L.C.
850 Cove Parkway, Suite A
Cottonwood, Arizona
Attorney for Debtor

And to serve said response upon any other affected parties named in the Debtors' Motion.

**RESPECTFULLY SUBMITTED** this 16th day of September, 2009.

GORDON & GORDON, P.L.L.C.

/s/ Michael J. Gordon
Michael J. Gordon
Attorney for Debtors

**A copy of the foregoing
mailed this 16th day
of September, 2009 to:**

Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715
Secured Creditor

William Pierce, Trustee
PO Box 429
Chino Valley, AZ 86323-0429

/s/ Michael J. Gordon

LAW OFFICES OF
GORDON & GORDON, PLLC
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609